■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT GILLIGAN, Appellant. [941 NYS2d 859]—Appeal by the defendant from an order of the County Court, Nassau County (Calabrese, J.), dated August 26, 2010, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

There was clear and convincing evidence to support the County Court's determination to designate the defendant a level three sex offender (*see* Correction Law § 168-n [3]; *People v Pettigrew*, 14 NY3d 406 [2010]; *People v Mingo*, 12 NY3d 563 [2009]; *People v Leeks*, 43 AD3d 1251, 1252 [2007]). There is no merit to the defendant's contention that he was improperly assessed certain points under the Risk Assessment Instrument, or that he was entitled to a downward departure from his presumptive risk level three designation (*see People v Wyatt*, 89 AD3d 112 [2011], *lv denied* 18 NY3d 803 [2012]; *People v Mabee*, 69 AD3d 820 [2010]; *People v Williams*, 34 AD3d 662 [2006]; *People v Lombard*, 30 AD3d 573, 574 [2006]; *see also People v Vaughn*, 26 AD3d 776 [2006]). Florio, J.P., Lott, Sgroi and Miller, JJ., concur.